**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MIGUEL UMANA** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 1:13-cv-00996-RC |
| | * |
| **DONALD CHIN, ET. AL.** | * |
| | * |
| **Defendants.** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### STIPULATION OF DISMISSAL OF ALL COUNTS AND CLAIMS

Pursuant to Federal Rule Civil Procedure 41(a), the Plaintiff hereby dismisses all claims alleged in this matter against Defendants, <u>with prejudice</u>. Such action is proper under the Federal Rules as this Stipulation is signed, by electronic means, by Plaintiffs' attorney of record.

The parties understand that pursuant to 29 U.S.C. § 216(c), settlement of claims under the Fair Labor Standards Act requires approval of either the Department of Labor or the Court. The parties, however, do not desire or otherwise request Court approval of their FLSA settlement. Rather, the parties request <u>only</u> dismissal, with prejudice.

WHEREFORE, the parties hereby notify the Court that this matter is dismissed, <u>with prejudice</u>.

                                                                         Respectfully submitted,

                                                                        _____-*S*-_____
                                                                        Michael K. Amster
                                                                        Bar Number: 1001110
                                                                         Amster Law Firm, LLC
                                                                         200-A Monroe Street, Suite 305
                                                                         Rockville, MD 20850
                                                                         Telephone: 240-428-1053
                                                                         Fax: 301-424-8732
                                                                         mamster@amsterfirm.com